UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| LIBERTY MUTUAL FIRE INS. CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:10CV1970 RWS |
| | ) | |
| YASHA HENDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to compel. Plaintiff's motion states that defendant has not provided her Rule 26 disclosures, which were due on April 18, 2011, or her responses to interrogatories and request for production, which were due on August 8, 2011. Plaintiff's motion also avers that defense counsel has ignored plaintiff's efforts to resolve this issue as required by Local Rule 37-3.04. Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to compel [#15] is granted, and defendant shall provide her Rule 26 disclosures, as well as complete written responses and requested documents without objections to plaintiff's initial interrogatories and request for production of documents, within ten (10) days of the date of this Order.

Failure to comply with this Order may result in the imposition of sanctions, including the entry of default judgment against defendant.

                                                      RODNEY W. SIPPEL
                                                      UNITED STATES DISTRICT JUDGE

Dated this 18th day of August, 2011.